**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Jose Dimas MEDINA–ARGUETA, also
know as Jose Dimas Medina,
Defendant–Appellant.**

No. 05–50866.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 30, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Stephen M. Orr, Orr & Olavson, Austin, TX, for Defendant–Appellant.

Before REAVLEY, GARZA and BENAVIDES, Circuit Judges.

PER CURIAM: *

Jose Dimas Medina–Argueta pleaded guilty to harboring illegal aliens and conspiring to harbor illegal aliens. He appeals his sentence arguing that the district court erred in applying the "vulnerable victim" enhancement under United States Sentencing Guidelines § 3A1.1(b)(1). We agree that the district court erred in applying the enhancement. *United States v. Medina–Argueta*, 454 F.3d 479, 483 (5th Cir.2006). However, Medina–Argueta's sentence falls within a properly calculated guideline range, and thus, his sentence remains presumptively reasonable. *Id.* at 484. Because Medina–Argueta does not contend that his sentence is unreasonable based on the factors set forth in 18 U.S.C. § 3553(a), we affirm his sentence.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.